LEVSEY ET AL. *v*. CITY OF EVANSVILLE ET AL.

[No. 18,240.   Filed October 22, 1951.   Rehearing denied
November 30, 1951.]

*James D. Lopp* and *William F. Little,* both of Evans-
ville, for appellants.

*Milford M. Miller, John E. Early, Isidor Kahn; Kahn,
Dees, Donovan & Kahn; Richard Waller, Richard R.
McGinnis, D. Bailey Merrill; Waller, McGinnis & Mer-
rill; Leo Warren, Morris Merrell, William B. Combs;
Warren, Merrell & Combs; William T. Fitzgerald,
Jerome L. Salm, Morton W. Newman;* and *Newman &
Salm,* all of Evansville, for appellees.

WILTROUT, J. — Appellants filed their complaint
against appellees, among whom are various public
officials and business concerns, alleging that appellees
are threatening to put into effect a certain resolution of
the Common Council of the City of Evansville and a

certain proclamation of the mayor. Injunctive relief is sought. Demurrers to the complaint were sustained. Appellants refused to plead over and judgment was rendered for appellees. This appeal challenges the rulings upon the demurrers.

The only relief sought is to enjoin the putting into effect of the specific resolution and proclamation here involved. The resolution as set forth in the complaint consists of a recommendation to the citizens of Evansville that they regulate and adjust their hours of business and employment to one hour earlier than usual during the period from 2 o'clock A. M. of Sunday, April 29, 1951, to 2 o'clock A. M. of Sunday, September 30, 1951, and that to avoid confusion and promote the orderly conduct of business they advance their clocks by one hour during that period. The proclamation of the mayor requested that the policy outlined by the common council be followed.

The controversy here has become moot. The appellants could not now obtain any relief under their complaint if the court should decide the question presented in their favor. There is nothing upon which an order of injunction could operate. We therefore dismiss the appeal. *Smith* v. *Am. Nat. Bank of Indpls.* (1948), 118 Ind. App. 413, 78 N. E. 2d 874; *Johnson* v. *Paris, Trustee* (1922), 78 Ind. App. 110, 134 N. E. 880; *Bloom* v. *Town of Albion* (1933), 96 Ind. App. 229, 183 N. E. 325.

NOTE.—Reported in 101 N. E. 2d 196.